## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated, | Case No. 1:24-cv-00164 |
| *Plaintiffs*, | Judge Martha M. Pacold |
| v. | |
| HP INC., a Delaware corporation, | |
| *Defendant*. | |

## <u>HP'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION</u>

Defendant HP Inc. ("HP") moves for leave to file a memorandum in support of its motion to dismiss of up to 40 pages in length and to file a reply brief of up to 25 pages in support of the same motion. In support of this motion for leave to exceed page limitation, HP states:

1. On January 5, 2024, Plaintiffs filed a 111-page, 80-count class-action complaint against HP alleging causes of action under the Sherman Antitrust Act, 15 U.S.C. §§ 1, 2; the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; the law of unjust enrichment; and the consumer protection and/or antitrust laws of the 50 states and the District of Columbia. Dkt. 1. ("Compl.").

2. HP intends to file a motion to dismiss all causes of action in the complaint pursuant to Federal Rule of Civil Procedure 12 on or around March 11, 2024. Under Local Rule 7.1, a "brief in support of . . . any motion . . . shall [not] exceed 15 pages without prior approval of the court."

3.      HP seeks the Court's approval to file a memorandum in support of its motion to dismiss that exceeds the 15-page limitation set by the Local Rules because HP requires additional space to address the 78 separate statutes encompassed by Plaintiffs' complaint, as well as standing issues raised by the complaint.  While HP plans to be as efficient as possible in its memorandum, after thorough consideration and analysis, HP believes in good faith that it requires at least 40 pages to address all causes of action, statutes, and standing issues raised by the complaint.  HP will be judicious in its briefing, and if it turns out that HP can brief all of the arguments it needs to make in its memorandum in fewer than 40 pages, it will do so.  But HP's good-faith belief at present is that it will be prejudiced in its ability to adequately address the deficiencies in the complaint in fewer than 40 pages.  *See Eicher Motors Ltd. v. Individuals Identified on Schedule A Hereto*, No. No. 22-cv-2458, 2022 WL 3081869, at *1 (N.D. Ill. Aug. 3, 2022) (granting motion for leave to file an oversized memorandum of law where party argued, *see* Dkt. 29 at 1, that it needed more pages to address the "substantive content relevant to each issue").

4.      HP makes this motion on the understanding that, if the Court allows it to submit a memorandum of up to 40 pages in support of its motion, Plaintiffs would similarly receive up to 40 pages for their opposition.  HP therefore also requests up to 25 pages for its reply brief.

5.       On February 16, 2024, HP's counsel conferred with Plaintiffs' counsel concerning HP's request to file a memorandum of up to 40 pages in support of its motion to dismiss.  Plaintiffs stated that they would not oppose a motion by HP to file a 25-page memorandum, provided that Plaintiffs were allowed to file an opposition brief of the same length, but that they did not agree to 40 pages.

6. HP respectfully requests that the Court grant this motion and enter an order permitting it to file a memorandum of up to 40 pages and a reply brief of up to 25 pages in support of its motion to dismiss, exclusive of the caption, tables of content and authorities, signature block, any certificate, and accompanying documents.

Dated: February 21, 2024

Respectfully submitted,

*/s/ Vanessa G. Jacobsen*

Vanessa G. Jacobsen
John K. Adams
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312.660.7600
Facsimile: 312.692.1718
vjacobsen@eimerstahl.com
jadams@eimerstahl.com

Samuel Liversidge, *pro hac vice forthcoming*
Ilissa Samplin, *pro hac vice forthcoming*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
sliversidge@gibsondunn.com
isamplin@gibsondunn.com

Rachel S. Brass, *pro hac vice forthcoming*
Sean F. Howell, *pro hac vice forthcoming*
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306
rbrass@gibsondunn.com
showell@gibsondunn.com

*Counsel for Defendant HP Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 21, 2024, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notifications of the filing to all counsel of record.

Dated:    February 21, 2024                /s/ Vanessa G. Jacobsen
                                           _____

                                           Vanessa G. Jacobsen
                                           John K. Adams
                                           EIMER STAHL LLP
                                           224 South Michigan Avenue, Suite 1100
                                           Chicago, IL 60604
                                           Telephone: 312.660.7600
                                           Facsimile: 312.692.1718
                                           vjacobsen@eimerstahl.com
                                           jadams@eimerstahl.com