UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated, *Plaintiffs*, v. HP, INC., a Delaware corporation, *Defendant*. | Case No.: 1:24-cv-00164<br><br>Hon. Martha M. Pacold<br><br>Magistrate Judge Daniel P. McLaughlin |

**JOINT STATUS REPORT**

Pursuant to the Court's October 7, 2024 order (Dkt. 62), the parties submit this joint status report.

1. **Fact Discovery**

Fact discovery in this matter is proceeding on schedule. Since the parties' last status report, HP has supplemented its interrogatory responses and continues to make rolling productions of documents. Plaintiffs have started their rolling document productions, certain Plaintiffs are in the process of amending interrogatory responses, and Plaintiffs are in discussions with a third party to which they have directed a subpoena. The parties have agreed to defer some disputes as to the scope of discovery until the Court's ruling on HP's motion to dismiss, which was argued before the Court on January 23, 2025 (*see* Dkt. 76).

2. **Settlement Negotiations**

The parties have not yet engaged in settlement negotiations and do not expect that

settlement negotiations will take place until at least after the Court issues an order on Plaintiffs' motion for class certification.

3. **Scope of Expert Discovery**

*Plaintiffs' View*:

Plaintiffs anticipate needing expert(s) for purposes including class certification, liability, and damages. However, Plaintiffs anticipate the need for significant additional document and data production from HP to inform an expert's analysis. Once certain documents are produced, Plaintiffs will be in a better position to address class certification issues.

*Defendant's View*:

HP intends to rely on expert testimony at both the class certification and merits stages of the case. As to class certification, HP expects to rely on expert testimony to show that a class cannot be certified because, among other reasons, there are no common issues and common issues do not predominate. Once the Court has issued an order on Plaintiffs' class certification motion, HP intends to engage experts to analyze and rebut the opinions offered by Plaintiffs' experts and to analyze other issues that may arise.

4. **Case Schedule**

On January 13, 2025, the Court adopted an amended scheduling order (*see* Dkt. 74) extending the case deadlines by six months. This amendment was based in part on the parties' agreement that the forthcoming ruling on HP's motion to dismiss may impact the scope of discovery (*see* Dkt. 69).

Respectfully submitted,

| | |
|---|---|
| */s/ S. Jarret Raab*<br>S. Jarret Raab<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel. (202) 932-7011<br>jraab@milberg.com<br><br>Peggy J. Wedgworth<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Tel: (212) 594-5300<br>pwedgworth@milberg.com<br><br>Arthur Stock<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>Tel.: (865) 247-0080<br>astock@milberg.com<br><br>Jimmy W. Mintz<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>201 Sevilla Avenue, Suite 200<br>Coral Gables, FL 33134<br>Tel.: (786) 879-8200<br>jmintz@milberg.com<br><br>*Counsel for Plaintiffs* | */s/ Samuel Liversidge*<br>Samuel Liversidge<br>Ilissa Samplin<br>Courtney Spears<br>GIBSON DUNN & CRUTCHER LLP<br>330 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>sliversidge@gibsondunn.com<br>isamplin@gibsondunn.com<br>cspears@gibsondunn.com<br><br>Rachel S. Brass<br>Sean F. Howell<br>Logan Freeborn<br>GIBSON DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 393-8306<br>rbrass@gibsondunn.com<br>showell@gibsondunn.com<br>lfreeborn@gibsondunn.com<br><br>Vanessa G. Jacobsen<br>John K. Adams<br>EIMER STAHL LLP<br>224 S. Michigan Ave, Suite 1100<br>Chicago, IL 60604<br>Tel. (312) 660-7600<br>vjacobsen@eimerstahl.com<br>jadams@eimerstahl.com<br><br>*Counsel for Defendant HP Inc.* |