## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Renee Robinson, et al.
                                        Plaintiff,

v.                                                                             Case No.: 1:24−cv−00164
                                                                             Honorable Martha M. Pacold

HP Inc.
                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 20, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [78]. The parties are directed to submit a further joint status report on the status of discovery and any settlement negotiations by 4/7/25. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.