IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Renee Robinson, et al. | ) | |
| | ) | Case No. 24 C 164 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| HP Inc. | ) | |

## ORDER

Pursuant to the Notice of Withdrawal, [83], John K. Adams is granted leave to withdraw his appearance on behalf of defendant HP Inc. John K. Adams is terminated.

Date: May 15, 2025  /s/ Martha M. Pacold