UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HP, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 1:24-cv-00164<br><br>Hon. Martha M. Pacold<br><br>Magistrate Judge Daniel P. McLaughlin |

## AMENDED SCHEDULING ORDER

The parties shall adhere to the following amended schedule:

| Event | Deadline |
|---|---|
| Deadline for substantial completion of document production and privilege logs | 11/26/2025 |
| Deadline to amend pleadings | 1/27/26 |
| Fact discovery cutoff, including oral depositions | 5/28/26 |
| Close of third-party discovery | 5/28/26 |
| Deadline for Plaintiffs' motion for class certification | 6/26/26 |
| Deadline for Plaintiffs to serve class certification expert report | 6/26/26 |

| | |
|---|---|
| Deadline for HP's opposition to Plaintiffs' motion for class certification | 8/18/26 |
| Deadline for HP to serve class certification rebuttal expert report | 8/18/26 |
| Deadline for Plaintiffs' reply in support of motion for class certification | 9/16/26 |
| Last day to complete ADR / initial mediation | 30 days after ruling on class certification |
| Deadline to serve expert reports on merits and damages under Rule 26(a)(2) on issues on which party bears burden of proof | 60 days after ruling on class certification |
| Deadline to serve expert reports on merits and damages under Rule 26(a)(2) on issues on which party does not bear burden of proof | 60 days after opening expert reports |
| Close of expert discovery | 30 days after rebuttal expert reports |
| Deadline to file dispositive motions | 60 days after close of expert discovery |
| Deadline to file *Daubert* motions | 60 days after close of expert discovery |

**SO ORDERED.**　　　　　　　　　　**ENTERED:**

**DATE:　August 19th, 2025**　　　　_____

　　　　　　　　　　　　　　　　　　**HON. DANIEL McLAUGHLIN**

　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**