# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HP, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 1:24-cv-00164<br><br>Hon. Martha M. Pacold<br><br>Magistrate Judge Daniel P. McLaughlin |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Jarret Raab, hereby files this Motion to Withdraw Jarrett Raab as counsel for Plaintiffs Renee Robinson, Richard Myers, Annette First, Casey Gaddy, Steven Gouisie, Robert Plunkett, Francois Steiger, James Ulrich, Gabriel Voiles, John Waudby, and Lakesha Wells ("Plaintiffs"), and states as follows:

1. Mr. Raab is no longer at the law firm of Milberg, Milberg Coleman Bryson Phillips Grossman, PLLC.

2. Plaintiffs will continue to be represented by the Milberg firm.

3. Since Plaintiffs must be represented by local counsel licensed in the Northern District of Illinois, Milberg is seeking substitute counsel and expects to soon file a notice of appearance on behalf of new local counsel.

For the reasons above, S. Jarret Raab respectfully requests that this Court enter an Order granting this Motion to Withdraw as counsel for Plaintiffs.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that before filing this Motion, the undersigned law firm exchanged emails with opposing counsel, thereby confirming that Defendant does not oppose the relief sought.

| | |
|---|---|
| Dated: September 12, 2025 | Respectfully submitted, |
| | /s/ *S. Jarret Raab* |
| | Jarret Raab |
| | *Counsel for Plaintiffs* |