IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Renee Robinson, et al. | ) | |
| | ) | Case No. 24 C 0164 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| HP, Inc. | ) | |

## ORDER

Plaintiffs' motion to withdraw the appearance of Stephen Jarret Raab as counsel of record, [91], is granted. Stephen Jarret Raab is terminated.

Date: September 12, 2025                          /s/ Martha M. Pacold