**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Renee Robinson, et al.
                Plaintiff,

v.                                        Case No.: 1:24−cv−00164
                                              Honorable Martha M. Pacold

HP Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 30, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion to dismiss, [24], is granted for the reasons stated in the attached memorandum opinion and order. Since this is a first dismissal on the merits, plaintiffs are granted leave to amend if they can do so consistent with the opinion. Plaintiffs may file a second amended complaint by October 28, 2025. If no amended complaint is filed by that date, the court will enter final judgment and dismiss the case with prejudice. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.