# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated, | Case No.: 1:24-cv-00164<br><br>Hon. Martha M. Pacold<br><br>Magistrate Judge Daniel P. McLaughlin |
| *Plaintiffs*, | |
| v. | |
| HP, INC., a Delaware corporation, | |
| *Defendant*. | |

## JOINT FIRST MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND FOR FILING ANSWER OR MOTION TO DISMISS

The parties, by and through their respective undersigned counsel, having conferred, jointly request extensions of time to file and respond to the Amended Complaint. This is the parties' first request for an extension as to these issues. The parties request that Plaintiffs receive an extension of time to file their Amended Complaint, extending the deadline to November 7, 2025, and that Defendant HP, Inc. ("HP") receive an extension of time until January 16, 2026, to file an answer or a motion under Federal Rule of Civil Procedure 12. In support, the parties state:

1.     The Court previously set a deadline of October 28, 2025, for Plaintiffs to file an Amended Complaint. *See* Memorandum & Order (Dkt. 96).

2.     Two of Plaintiffs' attorneys, Jarret Raab and Arthur Stock, recently left the firm of Milberg Bryson Coleman Phillips Grossman, PLLC ("Milberg"), and are no longer available to

assist Plaintiffs' case. A paralegal involved with this matter also recently departed Milberg. These events have caused a temporary shortage in the number of Plaintiffs' attorneys and staff with significant experience working on this matter.

3.      At the same time, HP recently produced many documents revealing information that Plaintiffs wish to include in an amended pleading. Due to the staffing situation described above, a limited number of attorneys and staff are evaluating HP's recent production and incorporating these new details into the Amended Complaint.

4.      For these reasons, Plaintiffs seek a modest extension of the deadline to file their amended pleading. Plaintiffs request that the Court grant an extension of time through November 7, 2025, to file their Amended Complaint.

5.      HP does not oppose the request but seeks a corresponding extension of time to respond to the Amended Complaint in light of pre-existing vacation plans and an HP company closure over the winter holidays. HP requests that its deadline to file an Answer or Motion to Dismiss be set for January 16, 2026.

6.      The parties agree that discovery should not proceed in this case during the period in which there is no operative complaint.

7.      The parties have conferred on these points and jointly request that the Court grant these modifications to the case schedule.


Dated: October 22, 2025

Respectfully submitted,

/s/ *Jimmy Mintz*
Bryson Harris Suciu DeMay, PLLC
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel.: (786) 879-8200
jmintz@brysonpllc.com
ajaramillo@brysonpllc.com


Peggy J. Wedgworth
Milberg Coleman Bryson Phillips
Grossman, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (212) 594-5300
pwedgworth@milberg.com

Melissa K. Sims
Milberg Coleman Bryson Phillips
Grossman, PLLC
Illinois Bar Number: 6231297
227 West Monroe Street
Suite 2100
Chicago, Illinois 60606
Tel.: (865) 247-0080
msims@milberg.com


*Counsel for Plaintiffs*

/s/ *Samuel Liversidge*
Samuel Liversidge
Ilissa Samplin
Courtney Spears
Gibson Dunn & Crutcher LLP
330 S. Grand Ave.
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
sliversidge@gibsondunn.com
isamplis@gibsondunn.com
cspears@gibsondunn.com

Rachel S. Brass
Sean F. Howell
Logan Freeborn
Gibson Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 393-8306
rbrass@gibsondunn.com
showell@gibsondunn.com
lfreeborn@gibsondunn.com

Vanessa G. Jacobsen
Brian Y. Chang
Eimer Stahl LLP
224 S. Michigan Ave, Suite 1100
Chicago, IL 60604
Tel. (312) 660-7600
vjacobsen@eimerstahl.com
bchang@eimerstahl.com

*Counsel for Defendant HP Inc.*