# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Renee Robinson, et al.
                    Plaintiff,

v.                                       Case No.: 1:24−cv−00164
                                                  Honorable Martha M. Pacold

HP Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The parties' joint first motion for extension of time to file amended complaint and for filing answer or motion to dismiss, [97], is granted. Plaintiffs are given until 11/7/2025 to file their amended complaint. Defendant is given until 1/16/2026 to answer or otherwise plead to the amended complaint. If defendant files a motion to dismiss, the parties should confer and submit an agreed briefing schedule. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.