UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HP, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 1:24-cv-00164<br><br>Hon. Martha M. Pacold<br><br>Magistrate Judge Daniel P. McLaughlin |

**JOINT MOTION TO SET BRIEFING SCHEDULE AND EXPAND PAGE LIMITATIONS FOR HP'S MOTION TO DISMISS PLAINTIFFS' CORRECTED FIRST AMENDED COMPLAINT**

The parties, having met and conferred, jointly request that the Court (1) enter the following proposed briefing schedule for HP's forthcoming motion to dismiss Plaintiffs' Corrected First Amended Complaint (Dkt. 100) ("CFAC") and (2) expand the page limitations for that briefing.

1. When the Court dismissed Plaintiffs' initial Complaint (Dkt. 1), it set a deadline of October 28, 2025, for Plaintiffs to file an Amended Complaint. Dkt. 96.

2. The Court later entered an order extending Plaintiffs' time to file their Amended Complaint to November 7, 2025, and for HP to answer or otherwise plead in response to January 16, 2026. Dkt. 98. The Court instructed that, "[i]f defendant files a motion to dismiss, the parties should confer and submit an agreed briefing schedule." *Id.*

3. On November 7, 2025, Plaintiffs filed their First Amended Complaint. Dkt. 99. Due to some errors in that filing, on November 9, 2025, Plaintiffs filed their CFAC (Dkt. 100),

intended to replace Dkt. 99. The parties agree that the CFAC is Plaintiffs' operative pleading. HP intends to file a Motion to Dismiss the CFAC.

4. Consistent with the Court's prior Order (Dkt. 98), the parties now propose the following agreed briefing schedule for Plaintiffs to file a response in opposition to HP's motion to dismiss and for HP to file a reply in support of its motion to dismiss:

- February 27, 2026 – Deadline for Plaintiffs to file a response in opposition to HP's motion to dismiss.

- March 27, 2026 – Deadline for HP to file a reply in support of its motion to dismiss.

5. In addition, the parties request the Court's approval to file briefs that exceed the page limitations set by the Local Rules. The parties propose a 40-page limit for HP's motion to dismiss and Plaintiffs' response, and a 20-page limit for HP's reply.

6. The parties propose these deadlines and page limitations due to this case's complex nature, including the CFAC's class allegations spanning many states and over 100 printer models.

For the foregoing reasons, the parties respectfully request that the Court enter their agreed briefing schedule and page limitations.

Dated: November 24, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Peggy J. Wedgeworth | /s/ Samuel Liversidge |
| Peggy J. Wedgworth | Samuel Liversidge |
| Milberg, PLLC | Ilissa Samplin |
| 100 Garden City Plaza, Suite 500 | Courtney Spears |
| Garden City, NY 11530 | Gibson Dunn & Crutcher LLP |
| Tel: (212) 594-5300 | 330 S. Grand Ave. |
| pwedgworth@milberg.com | Los Angeles, CA 90071-3197 |
| | Tel: (213) 229-7000 |
| Melissa K. Sims | sliversidge@gibsondunn.com |
| Milberg, PLLC | isamplis@gibsondunn.com |
| Illinois Bar Number: 6231297 | cspears@gibsondunn.com |
| 227 West Monroe Street | |
| Suite 2100 | Rachel S. Brass |
| Chicago, Illinois 60606 | Sean F. Howell |
| Tel.: (865) 247-0080 | Logan Freeborn |
| msims@milberg.com | Gibson Dunn & Crutcher LLP |
| | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA 94111 |
| Jimmy W. Mintz | Tel: (415) 393-8306 |
| Bryson Harris Suciu DeMay, PLLC | rbrass@gibsondunn.com |
| 201 Sevilla Avenue, 2nd Floor | showell@gibsondunn.com |
| Coral Gables, FL 33134 | lfreeborn@gibsondunn.com |
| Tel.: (786) 879-8200 | |
| jmintz@brysonpllc.com | Vanessa G. Jacobsen |
| ajaramillo@brysonpllc.com | Brian Y. Chang |
| | Eimer Stahl LLP |
| *Counsel for Plaintiffs* | 224 S. Michigan Ave, Suite 1100 |
| | Chicago, IL 60604 |
| | Tel. (312) 660-7600 |
| | vjacobsen@eimerstahl.com |
| | bchang@eimerstahl.com |
| | |
| | *Counsel for Defendant HP Inc.* |