# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Renee Robinson, et al.

                Plaintiff,

v.

HP Inc.

                Defendant.

Case No.: 1:24–cv–00164
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff filed a second amended complaint, [100], which defendants agree to recognize, [103] 3. Thus, the court recognizes dkt. 100 as the operative complaint. See Fed. R. Civ. P. 15(a)(2). Moreover, the court grants the parties' joint motion, [103]. Defendant's deadline of 1/16/26 to answer or otherwise respond to the complaint remains in place. Should defendant file a motion to dismiss, plaintiffs will have until 2/27/26 to file their response, and defendant will then have until 3/27/26 to file its reply. A 40–page limit will apply to defendant's motion to dismiss and plaintiffs' response to that motion, while a 20–page limit will apply to defendant's reply. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.