**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br>      v. <br><br> HP INC., a Delaware corporation, <br><br> *Defendant*. | Case No. 1:24-cv-00164 <br><br> Judge Martha M. Pacold |

## HP'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant HP Inc. respectfully moves to dismiss with prejudice all counts of Plaintiffs' First Amended Complaint (Dkt. No. 100) for failure to state a claim upon which relief can be granted. The specific grounds for this motion are set forth in the accompanying memorandum.

Dated:    January 16, 2026            Respectfully submitted,

                                      */s/ Samuel Liversidge*

                                      Samuel Liversidge, *pro hac vice*
                                      Ilissa Samplin, *pro hac vice*
                                      GIBSON DUNN & CRUTCHER LLP
                                      330 S. Grand Ave.
                                      Los Angeles, CA 90071-3197
                                      Tel: (213) 229-7000
                                      sliversidge@gibsondunn.com
                                      isamplin@gibsondunn.com

Rachel S. Brass, *pro hac vice*
Sean F. Howell, *pro hac vice*
Logan Freeborn, *pro hac vice*
GIBSON DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 393-8306
rbrass@gibsondunn.com
showell@gibsondunn.com
lfreeborn@gibsondunn.com

Vanessa G. Jacobsen
Brian Y. Chang
EIMER STAHL LLP
224 S. Michigan Ave, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
vjacobsen@eimerstahl.com
bchang@eimerstahl.com

*Counsel for Defendant HP Inc.*

2