**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RENEE ROBINSON, RICHARD MYERS, ANNETTE FIRST, CASEY GADDY, STEVEN GOUISIE, ROBERT PLUNKETT, FRANCOIS STEIGER, JAMES ULRICH, GABRIEL VOILES, JOHN WAUDBY, and LAKESHA WELLS, on behalf of themselves and all others similarly situated, | Case No.: 1:24-cv-00164 |
| | Hon. Martha M. Pacold |
| *Plaintiffs*, | Magistrate Judge Daniel P. McLaughlin |
| v. | |
| HP, INC., a Delaware corporation, | |
| *Defendant*. | |

**JOINT STATUS UPDATE RE SETTLEMENT DISCUSSIONS**

On April 23, 2026, the Court directed the parties to jointly report on the status of any settlement discussions, and to advise whether they request a further joint status report or hearing. Dkt. 118. The parties have not engaged in settlement discussions, and do not believe such discussions would be productive at this stage. The parties also do not request a further joint status report or status hearing at this time.

Dated: May 5, 2026

Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Milberg, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (212) 594-5300
pwedgworth@milberg.com

Melissa K. Sims
Milberg, PLLC
Illinois Bar Number: 6231297
227 West Monroe Street
Suite 2100
Chicago, Illinois 60606
Tel.: (865) 247-0080
msims@milberg.com

Jimmy W. Mintz
Bryson Harris Suciu DeMay, PLLC
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel.: (786) 879-8200
jmintz@brysonpllc.com
ajaramillo@brysonpllc.com

*Counsel for Plaintiffs*

*/s/ Samuel Liversidge*
Samuel Liversidge
Ilissa Samplin
Gibson Dunn & Crutcher LLP
333 S. Grand Ave.
Los Angeles, CA 90071-3197
Tel.: (213) 229-7000
sliversidge@gibsondunn.com
isamplin@gibsondunn.com

Rachel S. Brass
Sean F. Howell
Logan R. Freeborn
Gibson Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8306
rbrass@gibsondunn.com
showell@gibsondunn.com
lfreeborn@gibsondunn.com

Vanessa G. Jacobsen
Brian Y. Chang
Eimer Stahl LLP
224 S. Michigan Ave, Suite 1100
Chicago, IL 60604
Tel.: (312) 660-7600
vjacobsen@eimerstahl.com
bchang@eimerstahl.com

*Counsel for Defendant HP Inc.*

2