**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Renee Robinson, et al.
Plaintiff,
v.
HP Inc.
Defendant.

Case No.: 1:24−cv−00164
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling from the bench held. For the reasons stated on the record, defendant's motion to dismiss, [106], is granted. Plaintiffs' amended complaint, [99], is dismissed with prejudice. Enter final judgment. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.