# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Renee Robinson, Richard Myers, Annette First, Casey Gaddy, Steven Gouisie, Robert Plunkett, Francois Steiger, James Ulrich, Gabriel Voiles, John Waudby, and Lakesha Wells

Plaintiff(s),

v.

HP Inc.

Defendant(s).

Case No. 24-cv-164
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: This case is dismissed with prejudice. Judgment is entered in favor of Defendant HP Inc. and against Plaintiffs Renee Robinson, Richard Myers, Annette First, Casey Gaddy, Steven Gouisie, Robert Plunkett, Francois Steiger, James Ulrich, Gabriel Voiles, John Waudby, and Lakesha Wells.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☑ decided by Judge Martha M. Pacold on a motion to dismiss.

Date: 9/1/2026

Thomas G. Bruton, Clerk of Court

Lauren Knight , Deputy Clerk